# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MCCAULEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MESHACH RECOVERY CENTER, INC., )<br>CLEARFIELD COUNTY, )<br>)<br>Defendants. ) | Civil Action No. 3:24-236<br>Judge Nora Barry Fischer<br>Magistrate Judge Kezia O. L. Taylor |

## ORDER OF COURT

AND NOW, this 30th day of September, 2025, upon consideration of the Report and Recommendation of United States Magistrate Judge Kezia O. L. Taylor dated April 10, 2025, (Docket No. 15), recommending that Plaintiff David McCauley's Complaint be dismissed, with prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by April 28, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of April 10, 2025, (Docket No. 15), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 8) is DISMISSED, with prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Plaintiff failed to file an Amended Complaint, as directed by Orders of Court issued on

October 30, 2024 and December 27, 2024, and likewise failed to respond to an Order to Show Cause issued on February 19, 2025 instructing him once again to file the amended complaint by March 6, 2025, that he is solely responsible for prosecuting this case as a pro se plaintiff, has violated multiple orders of court and has not taken sufficient action to prosecute this case, there are no other available sanctions to remedy his failure to prosecute as monetary sanctions are inappropriate given his pro se status, and such facts are further buttressed by Plaintiff's failure to file any objections to the Report and Recommendation by the deadline of April 28, 2025 through the date of this Order; and,

      IT IS FURTHER ORDERED that an appropriate Judgment follows.

                                         *s/ Nora Barry Fischer*
                                         Nora Barry Fischer
                                         Senior U.S. District Judge

cc/ecf:  United States Magistrate Judge Kezia O. L. Taylor

cc:      David McCauley
          QQ5402
          SCI Laurel Highlands
          5706 Glades Pike
          P.O. Box 631
          Somerset, PA 15501
          (via first class mail)